Exhibit A to the Complaint

**Location:** San Jose, CA  
**Total Works Infringed:** 45

**IP Address:** 45.30.93.48  
**ISP:** AT&T U-verse

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 205D3A9661157A480B0F42DA64F0505A35F0A479<br>File Hash: 86DA3C4E150C892D2E27331090C9F83BEDD90B836C4BA4C2A1A16E168BFEA92F | 03-24-2021 01:15:37 | Blacked | 02-27-2021 | 03-08-2021 | PA0002280373 |
| 2 | Info Hash: E721CB3522454CD23162C832B1DF12EEEF30FA66<br>File Hash: 29E9E17752C20D336B9920CBF37C14D629BB5F51B0631F551F1F7024A2AA13D1 | 03-24-2021 01:12:24 | Blacked | 02-20-2021 | 03-08-2021 | PA0002280369 |
| 3 | Info Hash: 2AB26C48162974A192A939180C6DD77765F6E1FA<br>File Hash: 5C5E9AC04E19CB8CD1A34AC33FC0862495889D24924D4CCB8A96CAE8CBA4CA40 | 03-09-2021 09:02:19 | Blacked Raw | 11-18-2018 | 12-10-2018 | PA0002146476 |
| 4 | Info Hash: B3C0FDF6D0FEF30F71549E1399500D6A932FAD19<br>File Hash: F25027B6FF0C778172A1070478CD96421152D6B461643F984130226FC0ED6185 | 03-09-2021 08:16:49 | Tushy | 02-21-2021 | 03-08-2021 | PA0002280370 |
| 5 | Info Hash: D8377F22A5B76F6FE17E2C1918296688E02026EB<br>File Hash: 41F17368762A71E497D6DB6FBD55BEEE103180B1035CB7E017F77AAC3FF0D427 | 03-02-2021 21:19:30 | Tushy | 02-14-2021 | 03-08-2021 | PA0002280366 |
| 6 | Info Hash: DA61A62391FD93945B9ABF288181AFFD34CDB97E<br>File Hash: 826A7971772567175DEA07B25157699B2320C9782C6B6A70371E65AB76F65B24 | 02-13-2021 06:47:58 | Tushy | 01-17-2021 | 02-09-2021 | PA0002276149 |
| 7 | Info Hash: 0F5704CFE7DB49BFE13BD39F9D72396349E99801<br>File Hash: F6A1FA2D5F11650489E36374B8A5114AF533B5592FCB50892EFD035D439351E7 | 02-13-2021 06:36:05 | Tushy | 01-03-2021 | 02-02-2021 | PA0002280504 |
| 8 | Info Hash: 5E3DA7F3AA422383AC265CFFD2D0C43524E88FC7<br>File Hash: EFCE87CE8C06E931AAB49B4498D4288C58CE0A60458AFB169FB70F7B50848253 | 02-13-2021 06:30:33 | Tushy | 01-10-2021 | 02-09-2021 | PA0002276153 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: A7D1ACA9144842177C99F7CDC012CA543814753D<br>File Hash: A71B05389B4510F0A980F7D096FF9CFC45D4E16FB66C36104F8D4B57DE90DADB | 02-12-2021 20:24:15 | Blacked Raw | 12-28-2020 | 01-05-2021 | PA0002269956 |
| 10 | Info Hash: E001ED65F173C05077017DD8C58EC388FCE0E779<br>File Hash: C739BE32FC76EF6B07EE0E8759B98D463AFDAF5C7C92993F8360DE1A0D75C875 | 01-28-2021 05:13:23 | Vixen | 12-11-2020 | 01-04-2021 | PA0002277039 |
| 11 | Info Hash: 6A462E44F898D933C8E0B5105D3A49CF3CFA880C<br>File Hash: 45DC718689123574D7814152D306B9CB7F23978999ED0746E9323989F9E9C9B4 | 01-28-2021 05:02:16 | Blacked | 12-12-2020 | 01-04-2021 | PA0002277035 |
| 12 | Info Hash: 2313B23C86785158E17F3BFC7FA1E7BAF8908A7B<br>File Hash: F6DC2C223735C7095C45156829763939FA9DCB15D19D61F38B1226B9B947FC0B | 01-07-2021 20:42:57 | Blacked Raw | 12-21-2020 | 01-05-2021 | PA0002269958 |
| 13 | Info Hash: 31BCFE0C63140A09ADD23EB04EC95EBB7AD84C39<br>File Hash: 89E1C3784A48F5050C3F93E8C7226914FB3E32D58CC9ED07C231A2E465E14776 | 01-07-2021 20:23:23 | Blacked Raw | 12-14-2020 | 12-28-2020 | PA0002269086 |
| 14 | Info Hash: 7BED574AFA312F6831A1CDD406A5F1291515C568<br>File Hash: 0CDFAC8816AB3B68D45C3743A4C6F8B6BE16DEFDBCD039E1304DC79687B73B93 | 12-30-2020 19:54:29 | Blacked | 12-19-2020 | 01-05-2021 | PA0002269959 |
| 15 | Info Hash: 988F927F90E134982B8CD3978EF27BA55E205C53<br>File Hash: C607FD8C292C7B36EDD3B9909EA0E140BD496CC2BB18EF39A85D525A249E99D5 | 12-30-2020 19:50:25 | Tushy | 12-20-2020 | 01-05-2021 | PA0002269960 |
| 16 | Info Hash: 11E64453F91924A64C1C1720A271017F290E2B39<br>File Hash: 904C2247653B60E9604DC72F64408373DE95B68033BAC2C18E8839B36B32E126 | 12-30-2020 19:24:55 | Tushy | 12-13-2020 | 12-28-2020 | PA0002269085 |
| 17 | Info Hash: 81BFFE6717CCBC71DD0EAA78C2F7260AD1561138<br>File Hash: 89D2A8B1E0C33574D55170A12C1AC1BEAAA8DAD27057E862E44E6FD7099822CB | 12-03-2020 18:01:14 | Blacked | 09-05-2020 | 09-29-2020 | PA0002258686 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: FEA375B2E4AF2936BEC2188E6EF63BE2A708183A<br>File Hash: C5FB0F224670F9761C63A61DC2B178EB1A7044421782B20D40C338D7AFE40778 | 11-30-2020 21:34:36 | Tushy | 11-22-2020 | 11-30-2020 | PA0002266355 |
| 19 | Info Hash: 5CDBC938026E69BB0AB5095CBDA1D40272137848<br>File Hash: C244D99BE64B196FC48133456B2307AF2C9238C3A25D97D2027E48D309FCEA88 | 11-30-2020 21:27:52 | Vixen | 11-27-2020 | 11-30-2020 | PA0002266359 |
| 20 | Info Hash: E286F7AA73F577065776C5D29062592717619591<br>File Hash: BB8C31BE21E18A2CC4F9AF12F04E4BFE930E2FE2C010CE7780EB79F2B57AB516 | 11-30-2020 20:50:40 | Blacked | 11-28-2020 | 12-28-2020 | PA0002269083 |
| 21 | Info Hash: 8245C5788FC65E9D62956E93E248CD39C1D9C4BB<br>File Hash: 975E94CE108E87746A1BCDB1B386358D187DFD235A37B2073EEEB230677272F8 | 11-25-2020 21:28:47 | Blacked | 11-21-2020 | 11-30-2020 | PA0002266354 |
| 22 | Info Hash: 0BF45C3913082EC92A860177A052534BBF6BF4D5<br>File Hash: B8A53EB3B9673339D575C8FBC08B53AE6EEB733CD941B86BA82C8D8489A55892 | 11-07-2020 17:59:18 | Vixen | 11-06-2020 | 12-09-2020 | PA0002274936 |
| 23 | Info Hash: 1DE23C217918946CD21F6003E50FF3EB46CDB5B9<br>File Hash: F8590FA3E4ABD7EFA760EC831C84F413BC8A3705478DB5BBD17E3D6F601070A6 | 11-02-2020 17:42:38 | Tushy | 11-01-2020 | 11-18-2020 | PA0002272627 |
| 24 | Info Hash: F02038ED79DADCF1634BEFA492E284250F51B663<br>File Hash: B235D62382C31D4D7381203DDF90467BFFB5FC1B05C7A43D4F2F01AA32FA95D1 | 11-01-2020 17:20:59 | Blacked | 10-31-2020 | 11-24-2020 | PA0002265967 |
| 25 | Info Hash: 7AAF3AD22E7E31E52064E7A4BB79F7D5C1A271DB<br>File Hash: D57894C239BECED3BFD6118390560532D5D696EF56BBF9F8379852B72D8C9818 | 11-01-2020 17:19:09 | Vixen | 10-30-2020 | 11-18-2020 | PA0002272620 |
| 26 | Info Hash: ACEF4DB489EC9EC398D9F3B4CBD97FD99EF8F24A<br>File Hash: FE1902B9F905632523A413119050801BFE1418A496DDDAA4E972FCDE4AB762DE | 10-28-2020 18:01:59 | Tushy | 10-25-2020 | 11-24-2020 | PA0002265965 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 46E9F480C2164858AD15AF7B300D187C4AB4BB9E<br>File Hash: BD2B0360689C43E61899A19E18BD4609EA21D8DC3A51D71EE12394E88ABBB640 | 10-25-2020 02:15:41 | Blacked | 10-24-2020 | 11-05-2020 | PA0002263386 |
| 28 | Info Hash: 9C47AE69FF849522050F919C510A7591CF8FECBF<br>File Hash: AEAE6BD28A2167D70241E529F9DEA01461D992E6EB07CAC44D90A020805E212C | 10-24-2020 19:25:25 | Vixen | 10-23-2020 | 11-18-2020 | PA0002272622 |
| 29 | Info Hash: E6D50AAE69A4485E7C9EBDF39A8B2651D4498D95<br>File Hash: 9CD11C3E531C2D0649D76701C70B9D06D35FAFBFF3A251A8B790FCC71A7E4AA0 | 10-24-2020 19:19:47 | Blacked Raw | 10-19-2020 | 11-05-2020 | PA0002263389 |
| 30 | Info Hash: 26771746F4F99C47B394DB55E96A3E8FE2A75109<br>File Hash: A8699CD5A59C165007BAD2E3D1CF406BA0176CE10677A465BF261A579C98D1A3 | 10-19-2020 03:16:26 | Tushy | 10-18-2020 | 11-05-2020 | PA0002263388 |
| 31 | Info Hash: 09D65CC86F342595894E6E1AAC1BE37224B9F637<br>File Hash: 2A8F20D68655A1CAE08353247050546D2AB13AADF18DFAE66DE218D7F169C6DB | 10-18-2020 19:48:46 | Blacked | 09-26-2020 | 10-22-2020 | PA0002261801 |
| 32 | Info Hash: 97244A3C0DB8980FA784CC21EC09AE9D0F85720B<br>File Hash: 94A80EE103830E84493A04D619A35359CA0987C52688B46859780E6C250FA2CB | 10-18-2020 02:59:40 | Blacked | 10-17-2020 | 11-05-2020 | PA0002263387 |
| 33 | Info Hash: B64795AC58268CD9C422E07C69CFE21BF5817B3A<br>File Hash: D635910093E18115308F865230E69E3C9BD78A158FE7F327A8E07D39DC5D7AED | 10-17-2020 19:20:35 | Blacked | 10-22-2019 | 11-05-2019 | PA0002210294 |
| 34 | Info Hash: B49A01382B7A1DAE1E53FF88829EA3366BE59180<br>File Hash: A0E6BF33567940E34F01A7FDE402967A16B455E1EFE722B443258952585D9B11 | 10-17-2020 19:10:11 | Vixen | 12-25-2018 | 01-22-2019 | PA0002147901 |
| 35 | Info Hash: 493CC280F906E53C779855D1B9F0C2FCC0A30570<br>File Hash: 5F00EED450DD89306F47254FBB832FB5AA883DBC9CEEA58CE5873D483C80414F | 10-17-2020 19:10:07 | Blacked | 09-17-2018 | 10-16-2018 | PA0002127778 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 9129C8000A972FB605AA21176EC92A7B890979AB<br>File Hash: 5DF83ACD7891971173F2A56E238AE8352571D5F4AF56F7B997E09FB7011F869D | 10-17-2020 19:10:04 | Vixen | 10-31-2019 | 11-15-2019 | PA0002211917 |
| 37 | Info Hash: 8A6F4B2D495BDFF5C7C255266DA06E8E0BA41B22<br>File Hash: C2B53F4B3957335C7F0872016E8355725EEF6267A0FF4A3F7DAD45FA7B863C16 | 10-17-2020 19:09:52 | Vixen | 04-04-2019 | 04-29-2019 | PA0002169968 |
| 38 | Info Hash: 4C41F667AE5CB3BB8314254CF2A81B256FED82A3<br>File Hash: 3F06AEA07BD7FCCD77ACAC8964AA176A99AB2981E02D09AEF7CD7133104BEA6B | 10-12-2020 21:30:02 | Vixen | 08-14-2020 | 08-31-2020 | PA0002265636 |
| 39 | Info Hash: D3AB5B42A043175636956905D0337D0D4B1D00F8<br>File Hash: 22EC1E4747F04A13C387677A3BAE781749A3F4933F9C734834E37550CE58911D | 10-12-2020 21:29:53 | Vixen | 07-31-2020 | 08-11-2020 | PA0002252260 |
| 40 | Info Hash: 74F618D8DC0E1EE9978B5A799F3ED54F9DF681C1<br>File Hash: 553965CAE2BA61F401285F6BDE8D94289355F78B44CBAEDEF93DD7E8A7C435F1 | 09-20-2020 23:36:56 | Tushy | 09-20-2020 | 09-29-2020 | PA0002258683 |
| 41 | Info Hash: AB1F311A07A1F2F7A3D6E2C770B210BACE048BED<br>File Hash: 9DB8AD43749309665702A971FE7E0D90BFF1F2168003E50E89972394AD7F49C2 | 09-15-2020 17:30:41 | Tushy | 09-14-2020 | 09-29-2020 | PA0002258682 |
| 42 | Info Hash: 960C214A649CA6142F66C47A4CACF63664F77E0E<br>File Hash: 834365A3A56697870258E6D7C1AA2FA1A47E82BE61C6CA23F238AC9D59C11024 | 09-08-2020 18:18:01 | Tushy | 09-06-2020 | 09-22-2020 | PA0002265873 |
| 43 | Info Hash: C0140CDE5238E4E5A57E2C8B199E3AE7D326D273<br>File Hash: F5788D6FE3355FE55DAA9D7DFD60A3A92F20CB64977A30035802E4313DF50F13 | 08-25-2020 18:17:53 | Tushy | 08-23-2020 | 09-05-2020 | PA0002255481 |
| 44 | Info Hash: D5A7BA6BBA046AB1FA10FD54403E1B0EBA9E0B27<br>File Hash: 1C8768781A154D8E268DB0527F5AA8261B25442B32615EAE22EE318720EB4111 | 08-18-2020 17:37:23 | Tushy | 08-16-2020 | 08-18-2020 | PA0002253098 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: 95A5870C793057C65F7C4B5740D88208D956ECBD<br>File Hash: 00989731AA4639F95DD0C9F04EB9BCF59B893235B99ADF83FF30C5AB58AF26AE | 08-04-2020 23:52:05 | Vixen | 05-24-2019 | 07-17-2019 | PA0002188303 |